May 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LEROY STROMAN, Appellant

NO. 14-13-01143-CV                    V.

ROXANN MARTINEZ, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Roxann Martinez, signed, October 31, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.